BERNARD ZELDIN, FRANK COBERT AND MEYER ROVINSKY, APPELLANTS, *v.* AGRICULTURAL DISTRICT NO. 4, COUNTY OF ELKO, STATE OF NEVADA, RESPONDENT.

No. 6599

February 15, 1972                    495 P.2d 366

*Edwin J. Dotson,* of Las Vegas, for Appellants.

*Mark C. Scott, Jr.,* of Elko, for Respondent.

## OPINION

*Per Curiam:*

This appeal is from orders denying a change of venue from Elko County to Clark County. NRCP 72(b)(2). We can

find no error in the district court's determination that respondent's action is predicated upon obligations appellants contracted to perform in Elko County. NRS 13.010(1).

Affirmed.